Clarence R. BRAHM, Respondent,

v.

Joyce E. McCLURE, Appellant.

No. 45927.

Missouri Court of Appeals, Eastern District, Division Three.

May 24, 1983.

Milton W. Schaeffer, Richmond Heights, for appellant.

John Yarbrough, Clayton, for respondent.

ORDER

PER CURIAM.

This is an appeal from a judgment entered after a jury verdict in a replevin suit.

The judgment of the trial court is affirmed. Rule 84.16(b).